**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SEOUL VIOSYS CO., LTD.,<br>Plaintiff,<br>v.<br>P3 INTERNATIONAL CORPORATION,<br>Defendant. | Case No. 1:16-cv-06276-AJN<br>JURY TRIAL DEMANDED |

**ANSWER TO P3 INTERNATIONAL'S COUNTERCLAIMS**

Plaintiff/Counterclaim-Defendant Seoul Viosys Co., Ltd. ("SVC" or "Plaintiff") hereby answers the Counterclaims of Defendant/Counterclaim-Plaintiff P3 International Corp. ("P3" or "Defendant").

1. Plaintiff is without sufficient knowledge to admit or deny the allegations of paragraph 1 of Defendant's Counterclaims and therefore denies them.

2. Admitted.

3. Admitted that SVC filed an Amended Complaint alleging that Defendant has infringed seven patents. Denied that SVC has alleged ownership of all seven patents.

4. Denied.

5. Paragraphs 1-4 are incorporated herein by reference.

6. Admitted that Defendant purports to seek declaratory judgment of invalidity. Admitted that this court has jurisdiction under 28 U.S.C. §§ 1331 and 1338(a), and that venue is proper under 28 U.S.C. § 1391(b). Any allegations not expressly admitted are denied.

7. Denied that Defendant has pleaded sufficient facts to establish that a case or controversy exists regarding the validity of the asserted patents.

8. Denied.

9. Paragraphs 1-4 are incorporated herein by reference.

10. Admitted that Defendant purports to seek declaratory judgment of non-infringement. Admitted that this court has jurisdiction under 28 U.S.C. §§ 1331 and 1338(a), and that venue is proper under 28 U.S.C. § 1391(b). Any allegations not expressly admitted are denied.

11. Denied that Defendant has pleaded sufficient facts to establish that a case or controversy exists regarding non-infringement of the asserted patents.

12. Denied.

13. Paragraphs 1-4 are incorporated herein by reference.

14. Admitted that Defendant purports to seek declaratory judgment that no remedy is available for its infringement of U.S. Patent No. 7,951,626. Admitted that this court has jurisdiction under 28 U.S.C. §§ 1331 and 1338(a), and that venue is proper under 28 U.S.C. § 1391(b). Any allegations not expressly admitted are denied.

15. Denied that Defendant has pleaded sufficient facts to establish that a case or controversy exists regarding Defendant's allegation of a lack of available remedy.

16. Plaintiff is without sufficient information to admit or deny the allegations of paragraph 16 of Defendant's Counterclaims and therefore denies them.

17. Denied.

## **PRAYER FOR RELIEF**

WHEREFORE, Seoul Viosys Co., Ltd. respectfully requests that this Court enter judgment against Defendant as follows:

A. Dismissing Defendant's Counterclaims with prejudice; and

B. An Order for all other relief as the Court or a jury may deem proper and just.

Respectfully submitted,

*/s/ Michael B. Eisenberg*
Michael B. Eisenberg

HOLLAND & KNIGHT LLP
Michael B. Eisenberg
Merri C. Moken
31 West 52nd Street
New York, NY 10019
Telephone: 212.513.3200
Fax: 212.385.9010
E-mail: michael.eisenberg@hklaw.com
merri.moken@hklaw.com

*Attorneys for Plaintiff*

Dated: October 25, 2016