# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

SEOUL VIOSYS CO., LTD.,

                               Plaintiff,

-against-

P3 INTERNATIONAL CORPORATION,

                               Defendant.

   16   Civ.    06276    ( AJN )

**CORRECTED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Jennifer L. Jonak hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Seoul Viosys Co., LTD., in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of California and Oregon and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:   March 8, 2017

Respectfully Submitted,

Jennifer L. Jonak

Applicant Signature: _/s/ Jennifer L. Jonak_
Applicant's Name: Jennifer L. Jonak
Firm Name: Jonak Law Group, P.C.
Address: 85100 Cloverdale Road
City/State/Zip: Creswell, Oregon 97426
Telephone/Fax: (541) 525.9102 / (510) 291.2910
Email: jenny@jonak.com

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEOUL VIOSYS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> P3 INTERNATIONAL CORP., <br><br> Defendant. | Case No. 1:16-cv-06276-AJN <br><br> **AFFIDAVIT OF JENNIFER L. JONAK** |

I submit this affidavit in support of my motion for admission *Pro Hac Vice* in the above captioned action. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. There are no disciplinary proceedings presently against me in any state or federal court.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Dated: March 2, 2017

Jennifer L. Jonak
Jonak Law Group, P.C.
85100 Cloverdale Road
Creswell, Oregon 97426
Telephone: 541.525.9102
Fax: 510.291.2910
E-mail: jenny@jonak.com

*Attorneys for Seoul Viosys Co., Ltd.*

Debra K Childs

OFFICIAL STAMP
DEBRA K CHILDS
NOTARY PUBLIC-OREGON
COMMISSION NO. 924821
MY COMMISSION EXPIRES FEBRUARY 03, 2018



# Supreme Court of California

JORGE E. NAVARRETE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *JENNIFER LEE JONAK*

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that JENNIFER LEE JONAK, #191323, was on the 9th day of December, 1997, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 6th day of March, 2017.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
J. Hunter, Senior Deputy Clerk



STATE OF OREGON

# SUPREME COURT

SALEM

In the Matter of the Admission of

JENNIFER L. JONAK

as an Attorney of this Court.

      I, as State Court Administrator of the State of Oregon, certify that on the 11th day of October, 2011,

JENNIFER L. JONAK

was admitted to the practice of law in the Supreme Court and all other courts in the State of Oregon, and is now an attorney in good standing.

March 6, 2017.

KINGSLEY W. CLICK
State Court Administrator



_____
Authorized Representative