UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEOUL VIOSYS CO., LTD., <br><br> Plaintiff, <br><br> -v- <br><br> P3 INTERNATIONAL CORPORATION, <br><br> Defendant. | Case No. 16-cv-6276 (AJN/SN) |

**MOTION FOR PLAINTIFF'S
REQUEST FOR RECONSIDERATION
OF THE COURT'S CLAIM CONSTRUCTION ORDER**

PLEASE TAKE NOTICE that upon the accompany Memorandum in Support of Plaintiff's Request for Reconsideration of the Court's Claim Construction Opinion and Order, Plaintiff Seoul Viosys Co., Ltd. by and through its counsel Holland & Knight LLP, will move this Court, before the Honorable Sarah Netburn, United States Magistrate Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, for an Order for Reconsideration of the Court's Opinion and Order dated September 11, 2017, entered on the Court's Docket as D.I. 112.

DATED: September 19, 2017

                                             HOLLAND & KNIGHT LLP

                                             By */s/ Michael B. Eisenberg*
                                             Michael B. Eisenberg
                                             *michael.eisenberg@hklaw.com*
                                             Merri C. Moken
                                             *merri.moken@hklaw.com*
                                             31 West 52 Street
                                             New York, NY 10019
                                             Telephone: (212) 513-3529
                                             Facsimile: (212) 385-9010