**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
Seoul Viosys Co., Ltd.,

                       Plaintiff,

            -against-

P3 International Corporation,

                   Defendant.

----------------------------------------------------------X

16 **CIVIL** 6276 (AJN)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the Court's Memo Endorsement dated November 10, 2021, Defendant's motion for attorneys' fees under Rule 11, Dkt. No. 229, and 35 U.S.C. § 285, Dkt. No. 235, is denied. Judgment is entered under Rule 58(a).

**Dated:** New York, New York
       November 10, 2021

                                        **RUBY J. KRAJICK**

                                        _____
                                        **Clerk of Court**

**BY:**                           K. Mango

                                        **Deputy Clerk**